WALTER K. WARD et al., as Executors of JOHN G. WARD, Deceased, Respondents, *v.* AMOS D. BRIGGS, Appellant.

*Ward* v. *Briggs*, 169 App. Div. 904, affirmed.
(Submitted November 27, 1916; decided December 12, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered May 6, 1915, affirming. a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury in an action to restrain defendant from interfering with or removing water pipes from certain real estate and awarding damages for water pipes already disconnected and removed therefrom.

*Edgar T. Brackett, Sheridan P. Wait* and *Luther A. Wait* for appellant.

*Andrew J. Nellis* and *Walter C. Ward*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.